FILED
2022 MAR 2 PM 1:27
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, United States Attorney (#9313)
ADAM S. ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT   84111-2176
Telephone:   (801) 524-5682   •   Facsimile:   (801) 524-3399

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | <u>INFORMATION</u> |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | | (REENTRY OF A PREVIOUSLY |
| CRISTIAN NOEL MELENDEZ, | : | REMOVED ALIEN) Case: 2:22−cr−00079 |
| | | Assigned To : Barlow, |
| Defendant. | : | David |
| | | Assign. Date : 3/2/2022 |
| | | Description: USA v. |
| | | Melendez |

---

The United States Attorney charges:

<u>COUNT I</u>

On or about January 6, 2022, in the District of Utah,

CRISTIAN NOEL MELENDEZ,

the defendant herein, an alien who on or about December 18, 2019 and September 30, 2019, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to

reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 2nd day of March, 2022.

ANDREA T. MARTINEZ
United States Attorney

For:

ADAM S. ELGGREN
Assistant United States Attorney

2